UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,

    Plaintiffs,

-against-

JOHN DOE,

    Defendant.

Civil Action No.: 1:07-cv-09292-LAK

Filed Electronically

**ORDER**

---

UPON CONSIDERATION of Plaintiffs' Motion to Amend Complaint, and good cause appearing, Plaintiffs' motion is hereby GRANTED.

Plaintiffs are granted leave to file an Amended Complaint in this matter.

IT IS SO ORDERED.

DATED: _____  By: _____
              Hon. Lewis A. Kaplan
              United States District Judge