

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

CAPITOL RECORDS, INC., a Delaware
corporation; ARISTA RECORDS LLC, a Delaware
limited liability company; and WARNER BROS.
RECORDS INC., a Delaware corporation,

      Civil Action No.: 1:07-cv-09292-LAK

    Plaintiffs,

      Filed Electronically

-against-

      **NOTICE OF DISMISSAL WITHOUT**
JOHN DOE,
      **PREJUDICE**

    Defendant.
---------------------------------------x

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs CAPITOL RECORDS, INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID #122553995 with IP address 216.165.62.122 2007-03-20 23:52:51 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
      January 10, 2008

      ROBINSON & COLE LLP
      Attorneys for Plaintiffs

      By: _____
      Brian E. Moran (BM-8573)
      Victor B. Kao (VK-6967)
      885 Third Avenue, Suite 2800
      New York, NY 10022-4834
      Telephone: (212) 451-2900
      Facsimile: (212) 451-2999

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

1/11/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

1